A. W. GARTHWAITE ET AL. *v.* UNITED STATES

**No. 7344.**—Invoices dated London, England, October 10, 1944, etc.
Entered at Los Angeles, Calif., February 1945, etc.
Entry No. 2307, etc.

(Decided July 22, 1947)

*Lawrence, Tuttle & Harper* (*Frank L. Lawrence* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

J. J. MURPHY & CO. ET AL. *v.* UNITED STATES

**No. 7345.**—Invoices dated Longton, England, April 1944, etc.
Certified April 1944, etc.
Entered at New York, N. Y., May 19, 1944, etc.
Entry No. 734567, etc.

(Decided July 22, 1947)

*Barnes, Richardson & Colburn* (*Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)
On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
Judgment will be rendered accordingly.

ABERCROMBIE & FITCH CO. *v.* UNITED STATES

**No. 7346.**—Invoice dated London, England, April 11, 1945.
Certified April 1945.
Entered at New York, N. Y., June 9, 1945.
Entry No. 735161.